# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# TOLEDO DIVISION

| | |
|---|---|
| In Re: | Case No. 19-33537-jpg |
| Bonice Murray<br>  *aka* Bernice Murray | Chapter 13 |
| Debtor. | Judge John P. Gustafson |

## NOTICE OF APPEARANCE

     Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of Franklin Credit Management Corporation as Servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as certificate trustee of Bosco Credit II Trust Series 2010-1 ('Creditor'), in the above captioned proceedings.

                                            Respectfully Submitted,

                                            /s/ Molly Slutsky Simons
                                            Molly Slutsky Simons (0083702)
                                            Sottile & Barile, Attorneys at Law
                                            394 Wards Corner Road, Suite 180
                                            Loveland, OH 45140
                                            Phone: 513.444.4100
                                            Email: bankruptcy@sottileandbarile.com
                                            Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I certify that on November 14, 2019, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Blanca Norma Wheeler, Debtor's Counsel
    blanca@mockltd.com

    Ericka S. Parker, Trustee
    esparker@sbcglobal.net

Office of the U.S. Trustee
(registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

Bonice Murray, Debtor
4120 King Road
Sylvania, OH 43560

                                                  /s/ Molly Slutsky Simons
                                                  Molly Slutsky Simons (0083702)
                                                  Attorney for Creditor